WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
SYRENA C. HARGROVE, IDAHO STATE BAR 6213
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1414
E-mail:  syrena.hargrove@usdoj.gov
IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TELEPHONE:  (415) 744–6491
FACSIMILE:   (415) 744-6476
E-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOLGROWERS ASS'N, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOM VILSACK, *et al.*, <br><br> Defendants. | Case No. 1:12-cv-469 REB <br><br> FEDERAL DEFENDANTS' NOTICE OF RELATED CASES |

Federal Defendants Tom Vilsack, Tom Tidwell, Keith Lannon, and United States Forest Service hereby submit this Notice of Related Cases.

The above-captioned matter is related to the following cases presided over by Judge Winmill:

*Western Watersheds Project, et al. v. U.S. Forest Service,* No. 1:12-cv-286-BLW

*Western Watersheds Project, et al. v. U.S. Bureau of Land Mgt.*, No. 4:09-cv-507-BLW

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 4:07-cv-00151-BLW

All three cases concern grazing on and adjacent to the Payette and Nez Perce National Forests and potential conflicts with Big Horn Sheep.  Case No. 1:12-cv-286-BLW specifically concerned the 2010 Forest Service Record of Decision that plaintiffs challenge in this case.

In addition, the complaint in the above-captioned matter includes a claim arising under the Federal Advisory Committee Act ("FACA"), 5 U.S.C. App. 2, which alleges that the Forest Service violated FACA in establishing its Risk Analysis of Disease Transmission Committee. Compl., ECF No. 1, Fifth Claim for Relief.  Those claims were addressed previously in *Idaho Wool Growers Ass'n v. Shafer*, 1:08-cv-00394-BLW, also before Judge Winmill.

Accordingly, principles of judicial economy suggest reassignment of this matter to Judge Winmill, subject to the Court's exercise of its discretion.

Respectfully submitted,

DATED:  October 1, 2012

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:    (415) 744-6491
Fax:    (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 1, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

William G. Myers
wmyers@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

Andrew A. Irvine
aairvine@hollandhart.com

Dated:  October 1, 2012                    /s/*David B. Glazer*
                                                         David B. Glazer