UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOLGROWERS ASS'N, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TOM VILSACK, *et al.*,<br><br>　　Defendants. | Case No. 1:12-cv-469 BLW<br><br>ORDER GRANTING PARTIES' STIPULATION TO AMEND LITIGA-TION PLAN SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS |

Upon consideration of the Parties' Stipulation to Amend Litigation Plan Schedule in Light of Lapse in Appropriations,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 43) is **APPROVED** and that the summary judgment briefing schedule set forth in the Parties' Joint Litigation Plan, ECF No. 35, and approved by the Court, ECF No. 36, is amended as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Feds' Response and MSJ brief | 10/7 | 10/28 |
| Intervenors' Response and MSJ brief | 11/4 | 11/25 |
| Plaintiffs' Reply and Response | 11/25 | 12/20 |
| Feds' Reply | 12/16 | 1/10/2014 |
| Intervenors' Reply | 1/8/2014 | 1/29/2014 |



DATED: October 29, 2013

_____

B. Lynn Winmill

Chief Judge

United States District Court